IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KENNETH PECCATIELLO,

    Plaintiff,

v.                                                                No. CV 19-996 JHR/CG

C R BARD INCORPORATED, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **January 21, 2020 at 3:00 p.m.** The parties shall be prepared to discuss setting a discovery schedule in this case. The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

    **IT IS FURTHER ORDERED** that the parties shall submit a Joint Status Report no later than **January 14, 2020**. In the Joint Status Report, the parties are instructed to provide the current status of this case, the relevant procedural posture, and a proposed schedule for timely resolution of this matter.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE