## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

KENNETH PECCATIELLO,

    Plaintiff,

v.                      No. CV 19-996 JHR/CG

C R BARD INCORPORATED, et al.,

    Defendants.

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

**THIS MATTER** is before the Court on Plaintiff Kenneth Peccatiello's *Motion for Leave to Withdraw as Counsel* (the "Motion"), (Doc. 19), filed December 13, 2019. In his Motion, Plaintiff requests his attorney John Dalimonte be permitted to withdraw as counsel in this case. (Doc. 19 at 2). Plaintiff explains that he will continue to be represented by Gene Francis Creely, II, Paul L. Stoller, and Ashley C. Crowell. *Id.* The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that John Dalimonte is terminated as Plaintiff's counsel in this matter.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE