**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

KENNETH PECCATIELLO,

    Plaintiff,

v.                                                                                                      No. CV 19-996 JB/CG

C R BARD INCORPORATED, et al.,

    Defendants.

## <u>ORDER VACATING TELEPHONIC STATUS CONFERENCE AND JOINT STATUS REPORT</u>

**THIS MATTER** is before the Court upon review of the record and the notice of reassignment to the Honorable James Browning as the presiding judge. (Doc. 22).

**IT IS HEREBY ORDERED** that the Court's *Order Setting Telephonic Status Conference*, (Doc. 17), and the January 21, 2020, status conference are hereby **VACATED**.

    **IT IS SO ORDERED**.

                                                          THE HONORABLE CARMEN E. GARZA
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE